UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER H. HANSEN, | No. 19-cv-02069-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

On January 17, 2020, the court heard argument on defendants' motion to stay the case pending a decision by the Joint Panel on Multidistrict Litigation. The listed attorney for defendant GlaxoSmithKline, LLC, Jonathan S. Tam, did not appear at the hearing.

Accordingly, Mr. Tam is ORDERED to show cause why he should not be sanctioned in the amount of $250.00 for failing to appear at the motion hearing. Counsel's response is due in seven (7) days.

IT IS SO ORDERED.

DATED: January 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1